| | Fill in this information to identify the case: |
|---|---|
| Debtor name | Street Level LLC |
| United States Bankruptcy Court for the: | Southern District of NY (State) |
| Case number (If known): | 20-12464 (JLG) |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A. Cruz Enterprises<br>97-21 Cresskill Place<br>Jamaica, NY 11435 | 718-739-1641 | Services | | | | $463 |
| 2 | Alliance Glass & Door<br>660 Lexington Avenue<br>New York, NY 10022 | 212-222-5449 | Repairs | | | | $400 |
| 3 | Ark Restaurants Corp.<br>85 5th Avenue, 14th Floor<br>New York, New York 10003 | 212-206-8800 | Trade | | | | $ 80,685 |
| 4 | Broadview Networks<br>800 Westchester Ave. N501<br>Rye Brook, NY 10573 | 212-775-7500 | Utilities | | | | $859 |
| 5 | Expert Elevators<br>19005 Hillside Avenue #L2<br>Jamaica, NY 11423 | 718-464-3400 | Repairs | | | | $4,115 |
| 6 | Filco Carting Corp.<br>197 Snediker Avenue<br>Brooklyn, NY 11207 | 718-456-5000 | Garbage Removal | | | | $3,404 |
| 7 | Fire Department of New York<br>9 MetroTech Center<br>Brooklyn, NY 11201 | 718-999-2496 | Municipal | | | | $3,235 |
| 8 | H&H Glass and Doors<br>13 Orange Street<br>Norwalk, CT 06850 | 914-365-1382<br>h.hglassanddoors@gmail.com | Repairs | | | | $1,533 |

Debtor: Street Level, LLC   Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | HALO Branded Solutions<br>1500 HALO Way<br>Sterling, IL 61081 | 855-425-6266 | Promo Items | | | | $1,374 |
| 10 | M&K HVAC<br>Attn: Mauro Flores Medina<br>241-23 85th Road<br>Bellrose, NY 11426 | Mauro Flores Medina<br>516-754-1085<br>mateks@hotmail.com | Repairs & Maintenance | | | | $ 0 |
| 11 | Neat Commercial Cleaning Corp.<br>983 E. 88th Street<br>Brooklyn, NY 11236 | 646-806-1848 | Janatorial | | | | $8,385 |
| 12 | Scheman & Grant<br>545 Eighth Avenue<br>New York, NY 10018 | 212-947-7844 | Cleaning Supplies | | | | $3,004 |
| 13 | Steven Kratchman Architect, P.C.<br>23 Warren St., Store #9<br>New York, NY 10007 | 212-944-9204 x101<br>victoriaC@kratchmanarchitect.com | Architectual | | | | $37,125 |
| 14 | TripleSeat Software LLC<br>300 Baker Avenue, Suite 205<br>Concord, MA 01742 | 917-614-0490 | Software Services | | | | $1,543 |
| 15 | W.B. Mason<br>59 Centre Street<br>Brockton, MA 02303 | 888-926-2766 | Office Supplies | | | | $2,510 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |